IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
El Paso                    DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

168th Judicial District Court, El Paso County, Texas, Cause No. 2019DCV2558.
-Vanessa Reyes, Individually and as Next Friend of X.R. and S.R., Minor Children and as Representative of the Estate of Hector Reyes-Acosta (Plaintiff) v. Jordan Martinez d/b/a JIT Transportation (Defendant).
-Veronica Ramos (Intervenor) v. Jordan Martinez d/b/a JIT Transportation; Werner Enterprises, Inc. d/b/a Nebraska Werner Enterprises, Inc. d/b/a Werner Ent.; Werner Global Logistics US, LLC; see attachment

2.      Was jury demand made in State Court?          ☒ Yes          ☐ No

If yes, by which party and on what date?

Veronica Ramos                          02/17/2021
Party Name                              Date


**STATE COURT INFORMATION**:

1.      List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Vanessa Reyes, Individually and as Next Friend of X.R. and S.R. (minor children) and as Representative of the Estate of Hector Reyes-Acosta
--Jason Medina, Glasheen, Valles & Inderman, LLP, P.O. Box 1976 (79408-1976), 1302 Texas Avenue, Lubbock, Texas 79401, (806) 776-1332, (806) 329-0595 (fax).
See attachment for remaining

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

All parties have been served.


TXWD - Supplement to JS 44 (Rev. 9/2019)                                          Page 1

3.      List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

 None.

## COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:

1.      List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

 None.

## VERIFICATION:

 Oscar A. Lara                                  March 19, 2021

Attorney for Removing Party                     Date

Werner Enterprises, Inc.; Werner Global Logistics, ⊞

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

## <u>Attachment to Supplement Civil Cover Sheet</u>

Case Style:
- Vanessa Reyes, Individually and as Next Friend of X.R. and S.R., Minor Children and as Representative of the Estate of Hector Reyes-Acosta (Plaintiff) v. Jordan Martinez d/b/a JIT Transportation (Defendant).
- Veronica Ramos (Intervenor) v. Jordan Martinez d/b/a JIT Transportation; Werner Enterprises, Inc. d/b/a Nebraska Werner Enterprises, Inc. d/b/a Werner Ent.; Werner Global Logistics US, LLC; Werner Global Logistics, Inc.; and Expeditors International of Washington, Inc. d/b/a E.I. Freight (U.S.A.), Inc. (Defendants)

Attorneys for Plaintiffs
- Veronica Ramos
  - Joseph G. Isaac, Scherr Legate, PLLC, 109 North Oregon, 12th Floor, El Paso, Texas 79901, (915) 544-0100, (915) 532-1759 (fax)
- Vanessa Reyes, Individually and as Next Friend of X.R. and S.R. (minor children) and as Representative of the Estate of Hector Reyes-Acosta
  - Jason Medina, Glasheen, Valles & Inderman, LLP, P.O. Box 1976 (79408-1976), 1302 Texas Avenue, Lubbock, Texas 79401, (806) 776-1332, (806) 329-0595 (fax)

Attorneys for Defendants
- Jordan Martinez d/b/a JIT Transportation
  - Clint V. Cox, Dennis Postiglione, Cox PLLC, 7859 Walnut Hill Lane, Suite 310, Dallas, Texas 75230, (214) 444-7050, (469) 340-7050
- Werner Enterprises, Inc., Werner Global Logistics US, LLC, Werner Global Logistics, Inc.
  - Carlos Rincon, Oscar A. Lara, Rincon Law Group, P.C., 1014 N. Mesa St., Suite 200, El Paso, Texas 79902, (915) 532-6800, (915) 532-6808
- Expeditors International of Washington, Inc.
  - Jeffrey F. Dickerson, Expeditors International of Washington, Inc., 1015 Third Avenue, 12th Floor, Seattle, Washington 98104-1190